UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-23733-Civ-COOKE/GOODMAN**

JORGE SANCHEZ, *et al.*,

    Plaintiffs,

vs.

CLOTILDE LOPEZ, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal (ECF No. 18). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in Chambers, in Miami, Florida, this 15th day of July 2020.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*